NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

212-805-0194

August 2, 2017

Lina M. Franco, Esq.
Lina Franco Law P.C.
42 Broadway, 12th Floor
New York, NY 10004

Amatullah Booth, Esq.
New York City Law Department
100 Church Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/17

Re: **Desoto, et al. v. City of New York, et al.**
**16 Civ. 6829 (NRB)**

Dear Counsel:

We write regarding defendants' *in camera* submission of July 28, 2017. The Court requests that the defendants explain the meaning of the "Closed as Pending" disposition in the IAB reports at, e.g., page DEF 6. Please provide a letter response by August 4, 2017.

Very truly yours,

Naomi Reice Buchwald
United States District Judge