

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**AMATULLAH K. BOOTH**
*Senior Counsel*
Tel.: (212) 356-3534
Fax: (212) 356-3509
abooth@law.nyc.gov

August 10, 2017

**VIA ECF**
Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 21A
New York, New York 10007

           Re:    DeSoto, Jesus, et. al. v. The City of New York, et al.,
                  16 CV 6829 (NRB)

Your Honor:

      I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, representing Defendants in the above-referenced matter. Defendants submit this letter to provide the Court with the information Your Honor requested on August 2, 2017. Specifically, the Court requested clarification of the meaning of the "Closed as Pending" dispositions that were referenced in some of the IAB reports that were submitted by the Defendants for in-camera inspection. The "Closed as Pending" disposition represents, in substance that IAB found *no* misconduct. Accordingly, IAB has closed their investigation into the associated complaint, and transferred the matter to the associated precinct for a direct supervisor to determine whether he or she wants to give any command level instruction. The "pending" portion of this disposition indicates that IAB is waiting to receive information from the precinct concerning the final disposition of the complaint.

      I thank the Court for its consideration into this matter.

                                              Respectfully submitted,
                                              /s/
                                              _____
                                              AMATULLAH K. BOOTH
                                              Senior Counsel
                                              Special Federal Litigation Division

**To:**    **VIA ECF**
         LINA M. FRANCO, ESQ.
         Lina Franco Law, P.C.
         *Counsel for Plaintiffs*

1