

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

AMATULLAH K. BOOTH
*Senior Counsel*
Tel.: (212) 356-3534
Fax: (212) 356-3509
abooth@law.nyc.gov

August 16, 2017

**VIA ECF**
Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 21A
New York, New York 10007

      Re: <u>DeSoto, Jesus, et. al. v. The City of New York, et al.</u>,
         16 CV 6829 (NRB)

Your Honor:

  I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, representing Defendants in the above-referenced matter. Defendants submit this letter to provide the Court with the information Your Honor requested on August 14, 2017. Specifically, the Court requested clarification of the meaning of the "Info. and Intelligence" referenced in some of the IAB reports that were submitted by the Defendants for in-camera inspection. The "Info. and Intelligence" notation represents, in substance, that IAB received information that contained *no* allegations of police misconduct or corruption.

  I thank the Court for its consideration into this matter.

                Respectfully submitted,
                /s/
                _____
                AMATULLAH K. BOOTH
                Senior Counsel
                Special Federal Litigation Division

To: VIA ECF
   LINA M. FRANCO, ESQ.
   Lina Franco Law, P.C.
   *Counsel for Plaintiffs*