UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
JESUS DESOTO SR., JESUS DESOTO, Jr.,            :
                                                :
                    Plaintiffs,                 :
                                                :    NOTICE OF SETTLEMENT
            -against-                           :
                                                :
CITY OF NEW YORK, NYPD OFFICER                  :
KATHLEEN MAYERS (SHIELD 11438),                 :    1:16-cv-06829-NRB Desoto et al v. New York
NYPD OFFICER GERARD STAPLES                     :    et al
(SHIELD 24526), NYPD OFFICER                    :
LAWRENCE THOMAS (SHIELD 23859),                 :
NYPD OFFICER PRINCE SMITH (SHIELD               :
22705), JOHN/JANE DOE NYPD OFFICERS
1-5.

                    Defendants.
-------------------------------------------------- x

Plaintiffs, Jesus DeSoto Sr. and Jesus DeSoto Jr.,, through counsel, and pursuant to the

Rule Federal of Civil Procedure, give notice of settlement of the above-entitled matter.

The parties, through their respective counsel, will be filing a stipulation to dismiss this

matter with prejudice.

    RESPECTFULLY SUBMITTED this 9th Day of February of 2018

New York, New York

                                                /s
                                    Lina Franco, Esq. [LF1102]
                                    42 Broadway, 12th Floor
                                    New York, NY 10004
                                    www.LinaFrancoLawPC.com
                                    1800-933-5620
                                    Attorney for Plaintiffs