USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/21/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

JESUS DESOTO SR., JESUS DESOTO JR.,

                                  Plaintiffs,

-against-

CITY OF NEW YORK, NYPD OFFICER KATHLEEN
MAYERS (SHIELD 11438), NYPD OFFICER GERARD
STAPLES (SHIELD 24526), NYPD OFFICER LAWRENCE
THOMAS (SHIELD 23859), NYPD OFFICER PRINCE
SMITH (SHIELD 22705), JOHN/JANE DOE NYPD
OFFICERS 1-5,

                                  Defendants.
---------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

16-CV-6829 (NRB)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
 2/14 , 2018

LINA FRANCO LAW, P.C.
*Attorneys for Plaintiffs*
42 Broadway, 12th Floor
New York, New York 10004
(800)933-5620

By: _____
Lina Franco
*Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants City of New York, Myers, Staples, Thomas, and Smith*
100 Church Street, 3rd Floor
New York, New York 10007
(212)356-2651

By: _____
Evan Brustein
*Senior Counsel*

SO ORDERED:

_____
HON. NAOMI R. BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: February 21, 2018

2